## NEWBOLD'S LESSEE v. STOCKLEY.

Supreme Court.   November 2, 1793.

*Read's Notebook, 2.†*

---

* This case is also reported in *Wilson's Red Book, 5.*

† This case also reported in *Wilson's Red Book, 5.*

4

Defendant's counsel moved for a new struck jury, which plaintiff's counsel insisted should be at defendant's expense of striking, as had been done in *Conwell v. Conwell*. But this not appearing on reference to the record, and the clerk asserting practice to be otherwise, the Court directed the costs to abide the event of the suit.